UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-mc-01129 PLC |
| ) | |
| ONE (1) CMMG INC. MK47 PISTOL, ) | |
| SN: BSJ02410, and ) | |
| ) | |
| GLOCK 23CGEN4 PISTOL, ) | |
| SN: AETC897, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Stephen Casey, Assistant United States Attorney for said District, and respectfully moves this Court to extend the time in which the United States is required to file a verified complaint for forfeiture and in support of its Motion states as follows:

1. On April 26, 2024, the defendant property was seized from Arlando Bilal during the course of a criminal investigation.

2. All of the written notice of intent to forfeit required by Title 18, United States Code, Section 983(a)(1)(A) to be sent by the United States Postal Inspection Service to interested parties has been sent.

3. The time has expired for any person to file an administrative claim to the property under Title 18, United States Code, Section 983(a)(2)(A)-(E).

4. The only person to file an administrative claim to the defendant property with the United States Postal Inspection Service is Arlando Bilal on July 23, 2024.

5. Title 18, United States Code, Section 983(a)(3)(A) provides as follows:

> Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed ***may extend the period for filing a complaint for good cause shown*** or upon agreement of the parties.

6. Title 18, United States Code, Section 983(a)(3)(B) also provides that the United States may maintain possession of the property by filing criminal charges within the relevant time frame.

7. Accordingly, absent an order extending its time, the United States must either file a civil complaint for forfeiture of the above-captioned property or file criminal charges on or about October 21, 2024.

8. The United States has an ongoing criminal investigation regarding the conduct giving rise to the forfeiture of the property. If a civil complaint is filed, any discovery in a civil case would impede the Government's ability to conduct its ongoing criminal investigation and would also create a burden on the claimant's right against self-incrimination. Should the property be returned to the claimant there would be no assurance that the property would be available as evidence in any subsequent court proceedings.

9. The requested extension is in the interest of justice insofar as it avoids the need for duplicative actions and thereby conserves judicial and other governmental resources.

10. A proposed order is included herewith for the Court's consideration.

WHEREFORE, for the foregoing good cause, the Government respectfully requests that the Court extend the period in which the United States is required to file a Complaint against the property and/or to return criminal charges until January 19, 2025.

Dated:  October 17, 2024                                      Respectfully submitted,

        SAYLER A. FLEMING
        United States Attorney

        */s/ Stephen Casey*
        STEPHEN CASEY, #58879(MO)
        Assistant United States Attorney
        111 South 10th Street, Suite 20.333
        Saint Louis, Missouri 63102
        Telephone: (314) 539-2200
        Stephen.Casey3@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, a copy of the foregoing was sent via first-class mail, postage prepaid and addressed to the following:

Arlando Bilal
2347 Gardner
St. Louis, MO 63136

Vanessa Antoniou
Attorney for Claimant
222 S. Meramec, Suite L2
St. Louis, MO 63105

*/s/ Stephen Casey*
STEPHEN CASEY, #58879(MO)
Assistant United States Attorney